**Fashion Automobile Station, appellee, v. Lionel A. Sherwin, appellant. Gen. No. 28,736.**

Suit to recover for storage and repairs of automobile. Judgment

for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

L. A. Sherwin, *pro se*, for appellant. Arthur E. Nelson and Sidney N. Ware, for appellee.

Mr. Justice Barnes delivered the opinion of the court.